# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TONY A. WALD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:12-cv-01423-GMN-VCF |
| v. ) | |
| ) | **O R D E R** |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | (Motion to Serve Party with Summons and |
| ) | Complaint #13) |
| Defendant. ) | |
| ) | |

Before the court is plaintiff Tony A. Wald's Motion to Serve Party with Summons and Complaint. (#13). No Opposition was filed.

Plaintiff filed his motion/application to proceed *in forma pauperis* (#1) and complaint (#1-1) on August 10, 2012. The court issued an order on August 22, 2102, granting the motion/application (#1) and ordering the clerk to file the complaint (#1-1), "serve the Commissioner of the Social Security Administration by sending a copy of the summons and Complaint (#1-1) by certified mail to: (1) General Counsel, Social Security Administration, Room 611, Altmeyer Bldg., 6401 Security Blvd., Baltimore, Maryland 21235; and (2) the Attorney General of the United States, Department of Justice, 950 Pennsylvania Avenue, N.W., Room 4400, Washington, D.C. 20530," and "issue summons to the United States Attorney for the District of Nevada and deliver the summons and Complaint to the U.S. Marshal for service." (#2).

On the same day summons were issued as to General Counsel for Social Security Administration (#4), Attorney General of the United States (#4-1), and United States Attorney for the District of Nevada (#4-2). On August 29, 2012, the summons was returned executed as to General Counsel for the Social Security Administration. (#7). On September 9, 2012, the summons was returned executed for

Attorney General of the United States. (#9). Plaintiff filed the instant motion on January 8, 2013, asking this court to issue summons to the United States Attorney for the District of Nevada and deliver the summons and complaint to the U.S. Marshal for service. (#13). On January 10, 2013, the summons was returned executed as to the United States Attorney for the District of Nevada. (#14). The plaintiff's motion is therefore moot.

Accordingly, and for good cause shown,

IT IS ORDERED that plaintiff Tony A. Wald's Motion to Serve Party with Summons and Complaint (#13) is DENIED as moot.

DATED this 15th day of January, 2013.

**CAM FERENBACH**
**UNITED STATES MAGISTRATE JUDGE**

2