Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Rohlfing & Kalagian, LLP
211 E. Ocean Blvd., Ste. 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Tony A. Wald

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TONY A. WALD | Case No.: 2:12-CV-1423-GMN-VCF |
| Plaintiff, | ~~[PROPOSED]~~ ORDER ON MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(B) |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

The Court hereby awards to Steven G. Rosales attorney fees pursuant to 42 U.S.C. § 406(b) in the amount of $18,691.25.  The Court orders Steven G. Rosales to reimburse Tony A. Wald the amount of $3,600.00 for EAJA fees previously paid by the Commissioner.

IT IS SO ORDERED.

DATE:  8/18/16

_____
THE HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE